## UNITED STATES of America, Plaintiff–Appellee,

v.

Savino BRAXTON, Defendant–Appellant.

No. 01–7151.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Sept. 5, 2001.

United States of America, Plaintiff–Appellee,

v.

Marston Edward Blue, Defendant–Appellant.

Nos. 96–4369, 96–4459.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2001.

Decided Sept. 6, 2001.

Savino Braxton, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Savino Braxton appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C.A. § 3582(c)(2) (West 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Braxton*, No. CR–90–135–JFM (D. Md. June 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*